```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BIG MOZZ, INC.,                                             :
                                                            :      21-CV-3336 (PGG) (RWL)
                              Plaintiff,                    :
                                                            :
          - against -                                       :      ORDER
                                                            :
BIG STICK WILLY'S,                                          :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

A document styled as a motion to dismiss has been filed on behalf of the defendant. However, no one has appeared for defendant, and defendant has not provided an address. A corporate entity, such as the defendant here, can only appear through counsel; it cannot appear pro se. Accordingly, by June 7, 2021, counsel for defendant must appear. In the absence of an appearance, the defendant will be subject to a default judgment. If an individual who owns, controls, or manages the defendant would like to informally discuss a potential resolution of the case, they should contact the plaintiff. And if the parties would like the Court's assistance in resolving the case, they should jointly file a request with the Court to do so.

                                SO ORDERED.

                                _____
                                ROBERT W. LEHRBURGER
                                UNITED STATES MAGISTRATE JUDGE

Dated: May 14, 2021
        New York, New York

Copies transmitted this date to all counsel of record and mailed to:

Big Stick Willy's
c/o Mr. William Reynolds
185 Loisaida Avenue
New York, NY 1009