# LAZAR GRUNSFELD ELNADAV LLP
### ATTORNEYS AT LAW

GERRY GRUNSFELD, ESQ.
(718) 947-7476
Gerry@lgelaw.com

September 27, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/28/2021

<u>Via ECF</u>
Hon Magistrate Judge Robert Lehrburger
U.S.D.C. S.D.N.Y.
500 Pearl Street
New York, New York 10007

Re: *Big Mozz v. Big Stick Willy*, No. 21-cv-3336 (PGG)(RWL)

Dear Judge Lehrburger:

    I represent Defendant in this action and write to request that Plaintiff's motion conference currently scheduled for this Wednesday be rescheduled as I will be out of the office on that date in observance of a Jewish religious Holiday. I am available on Thursday or Friday to participate in the conference. I tried to reach Plaintiff's counsel by phone to check his availability but was unable to reach him.

Respectfully,

*Gerry Grunsfeld*

Gerry Grunsfeld, Esq.

Request granted.  Judge Lehrburger's Deputy Clerk will reach out to the parties to schedule a new date for the conference.

SO ORDERED:

_____ 9/28/2021_____
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE